IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
(ATHENS DIVISION)

| | | |
|---|---|---|
| CAPITOL SPECIALTY INSURANCE CORPORATION | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 3:23-cv-00084-TES |
| GAMA CONSTRUCTION & REMODELING, LLC; JOSAFAT G. VILLAGRANA; JOSE GONZALEZ VILLAGRANA; ADRIANA CHAVEZ; AND MICHAEL P. ROSE | * | |
| Defendants. | * | |

## ORDER GRANTING PLAINTIFF CAPITOL SPECIALTY INSURANCE CORPORATION'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Pursuant to Plaintiff Capitol Specialty Insurance Corporation's ("CSIC") motion for entry of default judgment, it is hereby ORDERED as follows:

1. CSIC has no duty to defend Defendants Gama Construction & Remodeling, LLC, Josafat G. Villagrana, Jose Gonzalez Villagrana, and Adriana Chavez in the lawsuit styled *Michael P. Rose, in his capacity as surviving spouse of Teresa Ann Rose, deceased, and in his capacity as personal representative of the Estate of Teresa Ann Rose v. Gama Construction & Remodeling, LLC, Josafat G. Villagrana, Jose Gonzalez Villagrana, Adriana Chavez, and Gamaliel Gonzalez*, No. 23MV00164 (Ga. Super. Ct., Madison County) (the "*Rose* Lawsuit").

2. CSIC has no duty to indemnify Defendants Gama Construction & Remodeling, LLC, Josafat G. Villagrana, Jose Gonzalez Villagrana, and Adriana Chavez in the *Rose* Lawsuit.

**IT IS SO ORDERED.**

Dated: 12/4/23

_____
Hon. Tilman E. Self, III
UNITED STATES DISTRICT JUDGE