IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CAPITAL SPECIALTY INSURANCE CORPORATION, | * |
| | * |
| Plaintiff, | Case No. 3:23-cv-84-TES |
| v. | * |
| GAMA CONSTRUCTION & REMODELING, LLC; JOSAFAT G. VILLAGRANA; JOSE GONZALEZ VILLAGRANA and ADRIANA CHAVEZ, and MICHAEL P. ROSE, | *<br>* |
| Defendants. | |

## **D E F A U L T  J U D G M E N T**

Pursuant to this Court's Order dated December 4, 2023, and for the reasons stated therein, judgment is hereby entered in favor of Plaintiff, and DEFAULT JUDGMENT is hereby entered against Defendants GAMA Construction & Remodeling, LLC, Josafat G. Villagrana, Jose Gonzalez Villagrana, and Adriana Chavez.

This 4th day of December, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk